IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Criminal No. 23-748 KWR

DEMETRIO TRUJILLO,

    Defendant.

## UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR SENTENCING MEMORANDUM AND ATTACHMENTS

The Defendant, DEMETRIO TRUJILLO, by and through his attorney, Todd B. Hotchkiss, hereby moves this Court, without opposition from the United States, to file his 19-page sentencing memorandum with attached 26-page mitigation specialist's report and 2 pages of class certificates, in excess of the Court's 20-page limit.

As grounds, counsel states as follows:

1. This Court entered an order on November 15, 2024 stating that the "sentencing position papers" cannot exceed 20 pages without order of the Court (Doc.294 at 2).

2. In this highly unusual case, the Court is fully aware of the circumstances of the crimes involving Mr. Trujillo, the circumstances of Mr. Trujillo's life as represented in the presentence investigation report, and the complicated nature of Mr. Trujillo's

1

involvement and his life circumstances.

    3. Counsel has prepared Mr. Trujillo's sentencing memorandum and it is 19 pages long.

    4. To be attached to the sentencing memorandum is a 26-page report by the mitigation specialist engaged by counsel and authorized by the Court. This report is a valuable in-depth overview of Mr. Trujillo's life touching on many of the 18 U.S.C. § 3553(a) factors and beyond the scope of the presentence investigation report.

    5. To be attached to the sentencing memorandum are 2 pages of class certificates Mr. Trujillo earned at Cibola County Correctional Center (CCCC). These certificates are also necessary for a full consideration of Mr. Trujillo's confinement at CCCC.

    6. Good cause exists for counsel to file his sentencing memorandum and attachments as indicated in this motion.

    7. The United States, by Assistant U.S. Attorney Patrick Cordova, by email did not oppose this motion.

For the foregoing reasons, Mr. Trujillo requests this Court to allow counsel to file his sentencing memorandum and attachments as indicated in this motion, and not to exceed a total of forty-eight (48) pages.

Respectfully submitted,
 /s/ *Todd B. Hotchkiss*
TODD B. HOTCHKISS
ATTORNEY AT LAW, LLC
Attorney for DEMETRIO TRUJILLO
610 Gold Avenue S.W.
Suite 228
Albuquerque, New Mexico   87105
Tele. (505) 243-6776
E-mail:  Todd@toddhotchkisslaw.com

**CERTIFICATE OF SERVICE**

   I, Todd B. Hotchkiss, hereby certify that on May 14, 2025 I electronically filed the foregoing document through the CM/ECF system and that through that system opposing counsel Assistant United States Attorneys Jeremy Pena and Patrick Cordova, and United States Department of Justice, Public Integrity Section, Trial Attorney William Gullotta, will each be served with a true and accurate copy.
 /S/ *Todd B. Hotchkiss*
TODD B. HOTCHKISS