IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Criminal No. 23-748 KWR

DEMETRIO TRUJILLO,

    Defendant.

**ORDER TO EXCEED PAGE LIMIT FOR SENTENCING MEMORANDUM AND ATTACHMENTS**

This matter comes before the Court on Defendant Demetrio Trujillo's unopposed motion to exceed page limit for sentencing memorandum and attachments (Doc.383), the Court, having reviewed the motion and there being no objections,

HEREBY FINDS the motion has shown good cause for exceeding the page limit and that the motion is well-taken, and

HEREBY ORDERS the Defendant may file his sentencing memorandum and attachments as indicated in the motion, and not to exceed a total of forty-eight pages.

                                          _____/s/_____
                                          KEA W. RIGGS
                                          UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:
 /s/ *Todd B. Hotchkiss*
TODD B. HOTCHKISS
Attorney for DEMETRIO TRUJILLO

APPROVED BY EMAIL:

Assistant United States Attorneys Jeremy Pena and Patrick Cordova
United States Department of Justice, Public Integrity Section,
Trial Attorney William Gullotta

2